No. 55292.—Eston Chemical, Inc., et al. *v.* United States, protests 151106–K, etc. (Los Angeles).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 55293.—August Bentkamp & Company *v.* United States, protest 164108–K (A) (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

MARCH 2, 1951

No. 55294.— W. N. Proctor Company *v.* United States, protest 130049–K.— C. D. 1289. Plaintiff's application for rehearing denied by order of Chief Judge OLIVER and Judge COLE.

DISSENTING OPINION

MOLLISON, Judge: For the reasons expressed in the dissenting opinion and for certain of the reasons and grounds stated in the plaintiff's motion for rehearing and brief in support thereof, I believe that a rehearing and retrial of this case ought to be granted.

MARCH 2, 1951

No. 55295.—SUIT 4621.—United States *v.* Charles R. Allen, Inc., et al.— —C. D. 1162 reversed February 2, 1950, without approving the collector's classification. C. A. D. 428.